DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FRANCISCO ORTEGA-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0235 OWW |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | Date: October 5, 2009 |
| FRANCISCO ORTEGA-VEGA, | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for September 21, 2009, **may be**

**continued to October 5, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to permit plea negotiations between the

parties with the intention of conserving time and resources for both parties and the court.

///

///

////

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for effective defense

3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                              LAWRENCE BROWN
                                               United States Attorney
5

6  DATED: September 17, 2009          By:   /s/ Ian Garriques
                                            IAN GARRIQUES
7                                           Assistant United States Attorney
                                            Attorney for Plaintiff
8

9                                              DANIEL J. BRODERICK
                                               Federal Defender
10

11  DATED: September 17, 2009         By:   /s/ Peggy Sasso
                                            PEGGY SASSO
12                                          Assistant Federal Defender
                                            Attorney for Defendant
13                                          Francisco Ortega-Vega

14

15

16

17  IT IS SO ORDERED.

   **Dated:    September 17, 2009          /s/ Oliver W. Wanger**
18                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28