```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FRANCISCO ORTEGA-VEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:09-cr-0235 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE; ORDER |
| FRANCISCO ORTEGA-VEGA, | ) Date: November 2, 2009 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 5, 2009, **may be continued to November 2, 2009 at 9:00 A.M.**

This continuance is at the request of counsel to obtain documents that will assist in further plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.

///
///
////
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

|  |  |
|---|---|
|  | LAWRENCE BROWN<br>United States Attorney |
| DATED: October 1, 2009 | By: /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 1, 2009 | By: /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Francisco Ortega-Vega |

**O R D E R**

IT IS SO ORDERED.

**Dated:   October 1, 2009**         /s/ **Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                          −2−