```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  FRANCISCO ORTEGA-VEGA
```

FILED
OCT 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )<br>                                 )<br>FRANCISCO ORTEGA-VEGA,           )<br>                                 )<br>        Defendant.               )<br>_____) | NO. 1:09-cr-0235 OWW<br><br>**ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

The Application For Subpoena Duces Tecum, filed by defendant Francisco Ortega-Vega **is hereby granted** authorizing issuance of a subpoena duces tecum pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the Los Angeles County Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120, Norwalk, California, 90650, Tel: 562/465-7815, for production of any and all records relating to or in any manner involving Francisco Ortega-Vega, specifically including, but not limited to, a copy the tape recording of the interview conducted by Detective Tania Owen, #264927, with Mr. Ortega-Vega on or about April 5, 2002.

DATED: October 8, 2009

_____
OLIVER W. WANGER, Senior Judge
United States District Court
Eastern District of California

Application for Subpoena
Duces Tecum Pursuant to Fed.R.Crim.P. 17(c) on
Behalf of Defendant; Points and Authorities; Declaration
2009